# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

U.S.A. vs. RONDELL FOSTER

Docket No. 3:02CR00118(AWT)

### AMENDED PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW** Bunita B. Keyes, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of RONDELL FOSTER who was sentenced to 41 months' imprisonment for Possession of a Firearm by a Convicted Felon, in violation of 18 U.S.C. § 922(g)(1), by the Honorable Alvin W. Thompson, U.S. District Judge, sitting in the court at Hartford, Connecticut on December 2, 2002, who fixed the period of supervised release at three years which commenced on March 31 2005, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions as follows: 1) The defendant shall participate in a substance abuse treatment program, which may be either inpatient or outpatient, and may include random testing, and the details as to the selection and schedule of the program shall be approved by the U.S. Probation Office. The defendant shall pay all, or part of, the costs associated with substance abuse treatment based on his ability to pay, as approved by the U.S. Probation Office; 2) The defendant shall participate in a mental health treatment program that shall be approved by the U.S. Probation Office, and the defendant shall receive an appropriate psychological and/or psychiatric evaluation. The defendant shall pay all, or part of, the costs of such treatment based on his ability to pay, as approved by the U.S. Probation Office; 3) The defendant shall maintain full-time, legitimate employment except when he is participating in educational or vocational training as approved by the U.S. Probation Office; and 4) The defendant shall perform 200 hours of community service at a rate of ten hours per month. Supervision commenced on March 31, 2005, and is scheduled to terminate on March 30, 2008.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
The defendant is being cited for violating the following conditions of supervised release:

**Charge No. 1 - Mandatory Condition:** "You shall not commit another federal, state, or local crime. You shall not illegally possess a controlled substance." On June 20, 2005, Mr. Foster was arrested by the New Britain Police Department and charged with Possession with Intent to Sell Narcotic Substance. He was released on a $10,000 surety bond. On January 9, 2006, the defendant was sentenced to two years' incarceration, suspended, two years' conditional discharge.

**Charge No. 2 - Standard Condition:** "The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance, or any paraphernalia related to any controlled substance, except as prescribed by a physician." On December 1, 2005, Mr. Foster was directed to report to the Probation Office to submit a urine sample on December 2, 2005, but he failed to do so. On October 27, 2005, January 27, 2006, and February 2006, Mr. Foster submitted positive urine samples for marijuana.

**Charge No. 3 - Special Condition:** "The defendant shall perform 200 hours of community service at a rate of ten hours per month." The defendant has failed to complete any hours of community service.

**Charge No. 4 - Mandatory Condition:** "The defendant shall not leave the judicial district without the permission of the court or probation officer." Mr. Foster was arrested in Georgia on the federal warrant and on September 14, 2006, he appeared before Magistrate Judge Linda Walker sitting in the Northern District of Georgia. Rondell Foster waived his identity and preliminary hearing, remained detained and was transported back to the District of Connecticut.

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve as a summons directing RONDELL FOSTER to appear before this court in Hartford, Connecticut on October _25_ at _10:00 am_ to show cause why his supervision should not be revoked.

**ORDER OF COURT**

Considered and ordered this _19th_ day of October, 2006, and ordered filed and made a part of the records in the above case

_____
The Honorable Alvin W. Thompson
United States District Judge

Sworn to By
_Bunita B Keyes_
Bunita B. Keyes
United States Probation Officer

Place _Hartford, Connecticut_
Date _10-19-06_

Before me, the Honorable Alvin W. Thompson, United States District Judge, on this _19th_ day of October 2006, in Hartford, Connecticut, U.S. Probation Officer Bunita B. Keyes appeared and under oath stated that the facts set forth in this petition are true to the best of her knowledge and belief.

The Honorable Alvin W. Thompson
United States District Judge